# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943  P.O. Box 510920
Fax (414) 271-9344  Milwaukee, WI 53203
www.chapter13milwaukee.com  info@chapter13milwaukee.com

January 6, 2016

Honorable Susan V. Kelley
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI   53202

RE:   TIMOTHY M WOLF & PATRICIA J WOLF
      Chapter 13 Bankruptcy
      Case No. 11-29696 - SVK

Dear Judge Susan V. Kelley:

An Order on the Trustee's Motion to Dismiss was previously signed on September 3, 2015. Enclosed please find a copy of the Status Report and Receipts Statement as of January 6, 2016, relative to the above-captioned Chapter 13 bankruptcy case, which is now pending in your Court. The debtor's payments to the Trustee's Office in this case remain sporadic and/or inadequate to fund the Plan in this case.

I am therefore renewing my Motion to Dismiss and respectfully requesting that the court schedule a hearing thereon should the **Debtor or Debtor's Attorney file a written objection** to the renewed Motion to Dismiss **within twenty-one (21) days of the date of this letter**.   Should there be no such objection in a timely fashion; my office will submit an Affidavit of No Objection and a proposed Order Dismissing the case – Confirmed Plan.

Respectfully Submitted,

OFFICE OF CHAPTER 13 TRUSTEE


By /s_____
    Mary B. Grossman, Chapter 13 Trustee
    Robert W. Stack, Staff Attorney
    Christopher D. Schimke, Staff Attorney
    Sandra M. Baner, Staff Attorney

MBG/RWS/CDS/SMB/jp

Enclosures

cc:   TIMOTHY M WOLF & PATRICIA J WOLF (Via Mail)
      NICKOLAI & POLETTI, LLC (Via ECF)